IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BILLY RAY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. **05-809 - MJR** |
| ) | |
| **CHRISTINE BROWN, et al.,** ) | |
| ) | |
| Defendants. ) | |

# ORDER

**PROUD, Magistrate Judge:**

Before the court is plaintiff's Motion to Dismiss Defendants' Motion for Protective Order, Interrogatories, and [Request for] Production of Documents.  **(Doc. 43)**.

Plaintiff's motion is premised on the mistaken belief that there has not been a scheduling order entered in this case.  Although it may not have been received by plaintiff before he filed the instant motion, the court did enter a scheduling order on August 21, 2007.  **(Doc. 37)**.  Thus, there is no basis to dismiss or strike defendants' discovery requests or motion for protective order, which has already been granted.

Upon consideration and for good cause shown, plaintiff's Motion to Dismiss Defendants' Motion for Protective Order, Interrogatories, and [Request for] Production of Documents **(Doc. 43)** is **DENIED**.

**The clerk of court is directed to enclose another copy of the scheduling order, Doc. 37, with plaintiff's copy of this order.**

IT IS SO ORDERED.

DATE:  September 11, 2007.

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**