IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BILLY RAY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. **05-809 - MJR** |
| ) | |
| **CHRISTINE BROWN, et al.,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the court is plaintiff's Motion to Compel. **(Doc. 56).**

Plaintiff is a pro se inmate currently assigned to Robinson Correctional Center. He says that he is allowed only one hour a week in the law library. He asks the court to order the Illinois Department of Corrections to give him six hours a week of library time.

First, the court notes that the IDOC is not a party to this litigation.

"[F]ederal courts are most reluctant to interfere with the internal administration of state prisons because they are less qualified to do so than prison authorities." ***Thomas v. Ramos*, 130 F.3d 754, 764 (7th Cir. 1997).** Inmate use of law library facilities requires the expenditure of staff time and other resources. As long as a constitutional level of access is afforded to plaintiff, prison authorities are entitled to make the necessary decisions about allocation of prison resources without interference by this court.

If plaintiff feels that he is not receiving the level of access that is required by the constitution, he may file a lawsuit raising that claim, after properly exhausting administrative remedies.

For the foregoing reasons, plaintiff's Motion to Compel **(Doc. 56)** is **DENIED**.

**IT IS SO ORDERED.**

**DATED: October 25, 2007.**


<u>s/ Clifford J. Proud</u>
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**