IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **BILLY RAY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. **05-809 - MJR** |
| | ) | |
| **CHRISTINE BROWN, et al.,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the court is plaintiff's Motion to Compel. **(Doc. 61).**

Plaintiff seeks an order requiring the Illinois Department of Corrections to prepare an exhibit for his use at trial. Specifically, he seeks a print-out of his work assignments while he was assigned to Pinckneyville Correctional Center. The IDOC has informed him that, while it will not give him a print-out, it will confirm the dates of plaintiff's job as a janitor at Pinckneyville.

The court has no authority to compel any person or entity to prepare trial exhibits for plaintiff. There is no reason to believe the plaintiff cannot present his case without the print-out he desires.

Upon consideration and for good cause shown, plaintiff's Motion to Compel **(Doc. 61)** is **DENIED**.

IT IS SO ORDERED.

DATED: October 25, 2007.

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**