IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BILLY RAY,** | ) |
| Plaintiff, | ) |
| v. | ) Civil No. **05-809 - MJR** |
| **CHRISTINE BROWN, et al.,** | ) |
| Defendant. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the court is plaintiff's Motion to Compel to Illinois Department of Corrections. **(Doc. 95)**. Defendant Christine Brown filed a response at **Doc. 97.**

Plaintiff alleges that defendants were deliberately indifferent to his serious medical needs after he suffered an injury to his leg while playing basketball. In the present motion, he asks the court to order the IDOC to permit him to review video and audio recordings. He wants to view videotape from a camera located over the clothing room from June 9, 2004. According to plaintiff, this camera monitors the health care unit, and the videotape would show that he was wheeled into the healthcare unit, and that he required assistance to leave the healthcare unit on that date. He also wants to review audio recordings of all incoming and outgoing calls at Pinckneyville Correctional Center. The motion does not give a reason for this request.

There are several problems with this motion. First, discovery closed on January 15, 2008. See, Doc. 37. Plaintiff has never before served defendants with a request to produce these video and audio recordings. The custodian of these recordings, if they exist, is the IDOC, but the IDOC is not a party to this lawsuit. According to defendant Brown's response, the camera over

1

the clothing room does not monitor the healthcare unit, and, in any event, surveillance videos are taped over in the ordinary course of events every thirty days. This particular tape from June of 2004 was taped over long ago. Lastly, the request for recordings of telephone calls is vastly overbroad and seeks information that would not be relevant.

For the foregoing reasons, plaintiff's Motion to Compel to Illinois Department of Corrections **(Doc. 95)** is **DENIED**.

**IT IS SO ORDERED.**

**DATE: April 2, 2008.**

<u>s/ Clifford J. Proud</u>
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**