# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

BILLY RAY,                          )
                                    )
        **Plaintiff,**      )
                                    )
vs.                                 )      **Case No. 05-CV-0809-MJR**
                                    )
CHRISTINE BROWN, et al.,            )
                                    )
        **Defendants.**     )

## ORDER

**REAGAN, District Judge:**

Plaintiff, Billy Ray, is a prisoner in the custody of the Illinois Department of Corrections. On November 10, 2005, Ray filed suit under 42 U.S.C. § 1983, alleging that Defendants were deliberately indifferent to his serious medical needs, in violation of the Eighth Amendment. The action now proceeds under Ray's amended complaint, filed October 5, 2007 (Doc. 55).

On June 16, 2008, Magistrate Judge Clifford J. Proud submitted Report and Recommendations pursuant to **28 U.S.C. § 636(b)(1)(B)**, regarding a motion for summary judgment filed by Defendant Brown (Doc. 113). Judge Proud submitted a second Report on June 24, 2008, regarding a motion for summary judgment filed by Defendants, Feinerman, Lane, Johnson and Wexford Health Sources, Inc., (Doc. 115).

On May 5, 2008, Ray filed motions to reopen discovery and for an extension of time to file dispositive motions (Docs. 108, 109). On May 7, 2008, Judge Proud granted Ray's motions, as follows: (1) the deadline for completion of all discovery was extended to June 30, 2008; (2) the deadline for filing dispositive motions was extended to July 15, 2008; and (3) the Court deferred ruling on Defendants' pending motions for summary judgment until June 30, 2008. The Order

further stated that Ray must file any supplemental response to the pending summary judgment motions by June 30, 2008.

Subsequent to the Reports being filed but prior to the deadlines set in the May 7th Order, Ray filed two motions to file a supplemental brief and supporting evidence (Docs. 116, 117), a motion for extension of time to complete discovery and dispositive motion (Doc. 118); and a motion to compel (Doc. 119). Defendants have filed timely responses to these four motions (Docs. 121, 122, 123 and 124).

Because the Reports were filed before the deadlines established by the Court in its May 7th Order, the undersigned district judge **REJECTS** the Reports (Docs. 113, 115). This matter is **REFERRED** back to Judge Proud for ruling on pending motions (Docs. 116, 117, 118, 119) and, if necessary in light of these rulings, for further findings on Defendants' motions for summary judgment (Docs. 72, 87).

**IT IS SO ORDERED.**

**DATED this 15th day of July, 2008**

s/Michael J. Reagan
**MICHAEL J. REAGAN**
**United States District Judge**