IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**BILLY RAY,**                              )
                                            )
        Plaintiff,                      )
                                            )
v.                                          )          Civil No. **05-809 - MJR**
                                            )
**CHRISTINE BROWN, et al.,**                )
                                            )
        Defendant.                      )

## ORDER

**PROUD, Magistrate Judge:**

      Before the court is plaintiff's Motion for Order to Compel.  **(Doc. 119)**.  Defendant

Brown filed a response at **Doc. 124.**

      Plaintiff asks the court to order the IDOC to provide him with copying and notarization

services in the event of a lockdown at Logan Correctional Center.

      The IDOC is not a party to this case.  As defendant Brown points out in her response,

Logan has not been on lockdown since May 16, 2008.  Even if a lockdown were to be ordered

during the pendency of this case, plaintiff would have access to law library services, as

counselors make rounds during lockdowns and can accommodate such requests for inmates who

have court deadlines.

      Upon consideration and for good cause shown, plaintiff's Motion for Order to Compel

**(Doc. 119)** is **DENIED**.

      **IT IS SO ORDERED.**

      **DATE: July 17, 2008.**         **s/ Clifford J. Proud**
                                   **CLIFFORD J. PROUD**
                                   **UNITED STATES MAGISTRATE JUDGE**